USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEAH SEIDLER, *et al.*,

               Plaintiffs,

-against-

JPMORGAN CHASE BANK, N.A.,

               Defendant.

-----------------------------------------------------------------X

1:23-cv-1462-GHW-VF

ORDER

GREGORY H. WOODS, United States District Judge:

On March 15, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than March 29, 2023. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 15 order forthwith, and in no event later than November 30, 2023.

    SO ORDERED.

Dated: October 31, 2023
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge