UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEAH SEIDLER and LEAH ISRAEL, INC.,

                       Plaintiffs,                                                  23-CV-1462 (GHW) (VF)

           -against-                                                         **ORDER**

JPMORGAN CHASE BANK, N.A.,

                     Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

     A Case Management conference in this matter is hereby rescheduled from **Thursday, August 1, 2021 at 10:00 a.m.** to **Wednesday, August 21, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

     The parties must confer and submit a Proposed Case Management Plan before the Conference. One week before the Conference, by **Wednesday, August 14, 2024**, the parties are directed to file on ECF a Report on Rule 26(f) Conference and Proposed Case Management Plan based on the template form available at: https://www.nysd.uscourts.gov/hon-valerie-figueredo.

     SO ORDERED.

DATED:     New York, New York
                 July 12, 2024

                                                                                      VALERIE FIGUEREDO
                                                                                      United States Magistrate Judge